# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DARRELL N. RICHARD,<br>*Plaintiff*<br>v.<br>DEPARTMENT OF PUBLIC SAFETY,<br>YAKIMA POLICE DEPARTMENT,<br>OFFICER GRONEWALD<br>and CITIZEN DAVID ALLAN SHEPARD<br>*Defendant* | Civil Action No. 1:14-cv-03070-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Complaint is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 15, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia